*State, Respondent, v. Turner, Petitioner*, No. 92826-6. Petition for review of a decision of the Court of Appeals, No. 46611-2-II, January 12, 2016, 192 Wn. App. 1009. *Denied* June 29, 2016.

*State, Respondent, v. Gutierrez Meza, Petitioner*, No. 92828-2. Petition for review of a decision of the Court of Appeals, No. 47315-1-II, December 15, 2015, 191 Wn. App. 849. *Denied* June 29, 2016.

*State, Respondent, v. Gwinn, Petitioner*, No. 92830-4. Petition for review of a decision of the Court of Appeals, No. 46793-3-II, January 26, 2016, 192 Wn. App. 1027. *Denied* June 29, 2016.

*State, Respondent, v. Bakke, Petitioner*, No. 92831-2. Petition for review of a decision of the Court of Appeals, No. 46696-1-II, February 9, 2016, 192 Wn. App. 1037. *Denied* June 29, 2016.

*Goodman et al., Respondents, v. Goodman et al., Petitioners*, No. 92835-5. Petition for review of a decision of the Court of Appeals, No. 72711-7-I, December 14, 2015, 191 Wn. App. 1042. *Denied* June 29, 2016.

*State, Respondent, v. Kayser, Petitioner*, No. 92836-3. Petition for review of a decision of the Court of Appeals, No. 71518-6-I, December 21, 2015, 191 Wn. App. 1049. *Denied* June 29, 2016.

*Christian et al., Respondents, v. Tohmeh et al., Petitioners*, No. 92837-1. Petition for review of a decision of the Court of Appeals, No. 32578-4-III, December 15, 2015, 191 Wn. App. 709. *Denied* June 29, 2016.

*State, Respondent, v. Bonds, Petitioner*, No. 92842-8. Petition for review of a decision of the Court of Appeals, No. 73967-1-I, December 28, 2015, 192 Wn. App. 1003. *Denied* June 29, 2016.